

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before September 25, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court